IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18-CR-8 |
| vs. | ORDER |
| HENRY TREVILLION, | |
| Defendant. | |

For the reasons stated in the Court's Memorandum and Order of July 30, 2020 (filing 52),

IT IS ORDERED that the defendant's motion to reconsider (filing 54) is denied.

Dated this 15th day of January, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge