IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18-CR-8 |
| vs. | JUDGMENT |
| HENRY TREVILLION, | |
| Defendant. | |

For the reasons stated in the accompanying memorandum and order, the defendant's motion to vacate (filing 53) is dismissed.

Dated this 8th day of April, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge