IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18-CR-8 |
| vs. | ORDER |
| HENRY TREVILLION, | |
| Defendant. | |

For the reasons stated in the Court's previous memorandum and order (filing 59), the defendant's motion to reconsider (filing 61) is denied.

Dated this 10th day of May, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge