IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 8:18-CR-8 |
| vs. | | ORDER |
| HENRY TREVILLION, | | |
| Defendant. | | |

The defendant has filed a notice of appeal from the Court's dismissal of his 28 U.S.C. § 2255 motion as untimely. Filing 63. A movant cannot appeal an adverse ruling on his § 2255 motion unless he is granted a certificate of appealability. 28 U.S.C. § 2253(c)(1); Fed. R. App. P. 22(b)(1). A certificate of appealability is usually issued only when the movant "has made a substantial showing of the denial of a constitutional right." § 2253(c)(2). But a certificate of appealability may also issue for the Court of Appeals to review a preliminary procedural issue, such as a limitations question. *See Williams v. Bruton*, 299 F.3d 981, 982 (8th Cir. 2002); *see also Johnson v. Hobbs*, 678 F.3d 607, 610 (8th Cir. 2012) (granting certificate of appealability on equitable tolling).

IT IS ORDERED that after due consideration, the Court will grant a certificate of appealability as to whether the defendant's § 2255 motion is time-barred.

Dated this 25th day of May, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge